UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| WILLIAM TOLSON, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15CV926 |
| | ) | |
| GUILFORD COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery [Doc. #33]. However, Plaintiff has not shown that he acted with reasonable diligence in pursuing discovery during the 4-month discovery period, and Plaintiff has not articulated what particular discovery he needs an extension of time to obtain.

Moreover, while the Motion for Extension of Time was still pending, and before the discovery period had closed, Plaintiff filed a Motion to Dismiss Complaint [Doc. #35]. In the Motion to Dismiss, Plaintiff requests dismissal of the complaint in this case. Specifically, Plaintiff states that he "want[s] to DROP (DISCHARGE) the Complaint against Netter, Commito & Becton." Plaintiff also alleges "persecution" by Bureau of Prisons officials, although his claims in the present case are asserted against Guilford County Detention Center officers, not Bureau of Prison officials. In addition, Plaintiff includes a puzzling rant against the Clerk's Office, without any basis or explanation, which is particularly confusing given the

repeated, ongoing efforts by the Clerk's Office to assist Plaintiff in completing the proper forms, obtaining service on Defendants, and proceeding in this case. Plaintiff then reiterates that he is "DROPPING THE COMPLAINT." Defendants Cumitto and Becton filed a Response consenting to the dismissal of the case with prejudice.

In light of those filings, it is clear that while Plaintiff may have one or more ongoing grievances, he no longer wishes to pursue the present claims, and he seeks dismissal of the Complaint in this case. Therefore, the Court will deny the Motion for Extension of Discovery Period and, given the history of this case and the contentions of the Defendants in their Response, the Court will recommend that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In addition, the deadline for Defendants to file their Motion for Summary Judgment will be stayed until 30 days after the Motion to Dismiss is resolved.

IT IS THEREFORE ORDERED that the Motion for Extension of Time to Complete Discovery [Doc. #33] is DENIED.

IT IS FURTHER ORDERED that the deadline for Defendants to file their Motion for Summary Judgment is extended until 30 days after Plaintiff's Motion to Dismiss is resolved.

IT IS RECOMMENDED that in light of Plaintiff's Motion to Dismiss [Doc. #35] and Defendants' Response [Doc. #36], this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

This, the 19th day of October, 2018.

/s/ Joi Elizabeth Peake
United States Magistrate Judge