IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM TOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15CV926 |
| ) | |
| GUILFORD COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 19, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limit prescribed by the statute, and all Defendants have now consented to Plaintiff's requested dismissal.

Therefore the Court need not make a de novo review, and the United States Magistrate Judge's Recommendation [Doc. #37] is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that in light of Plaintiff's Motion to Dismiss Complaint [Doc. #35] and the Responses of the Defendants [Docs. #36, #39], this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

This the 10th day of March, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge